**No. 46388.**—Protests 57529–K, etc., of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel the tennis rackets in question were held dutiable at 30 percent under paragraph 1502, following *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573). It was also stipulated that the fur dogs in question are similar to those the subject of Abstract 41823. The claim at 50 percent under paragraph 1519(e) was therefore sustained as to these articles.

**No. 46389.**—Protests 61839–K, etc., of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the whistling balloons, rubber balloons, and noisemakers are composed in part of bamboo. They were therefore held dutiable at 45 percent under paragraph 409 as claimed, following Abstract 40493. Metal kazoos stipulated to be similar to those the subject of Abstract 44122 and 32264 were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 46390.**—Protests 19799–K, etc., of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the siren whistles in question are in chief value of metal the claim at 45 percent under paragraph 397 was sustained on the authority of Abstracts 39948 and 40480. Whistling balloons, rubber balloons, and noisemakers stipulated to be composed in part of bamboo, similar to those the subject of Abstract 40493, were held dutiable as bamboo articles at 45 percent under paragraph 409 as claimed.

**No. 46391.**—Protest 54893–K of S. Lisk & Bro. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstracts 39948 and 40480 the claim at 45 percent under paragraph 397 was sustained.

**No. 46392.**—Protests 55414–K, etc., of Butler Bros. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.